# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERESO PACHECO, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00562-RFB-CWH |
| vs. | ) **ORDER** |
| BANK OF AMERICA, N.A., et al., | ) |
| Defendants. | ) |

This matter is before the court on plaintiff and defendant Equifax Information Services, LLC's failure to comply with the court's minute order (ECF No. 12) dated June 4, 2018. After receiving the parties' notice that they had reached a settlement, the court ordered the parties to file dismissal documents or to submit a status report by July 29, 2018. To date, the parties have not complied with the order. The parties must file a stipulated dismissal or fax a joint status report to chambers at 702-454-5581 by August 30, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**