# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESO PACHECO,           ) | |
|             Plaintiff,    ) | Case No. 2:18-cv-00562-RFB-CWH |
| vs.                                         ) | **ORDER** |
| BANK OF AMERICA, N.A., et al.,    ) | |
|             Defendants.   ) | |

This matter is before the court on plaintiff's failure to comply with the court's minute order (ECF No. 9) dated May 7, 2018. After receiving plaintiff's notice that it had reached a settlement with defendant Bank of America, N.A., the court ordered the parties to file dismissal documents or to submit a status report by July 6, 2018. To date, plaintiff has not complied with the order. Plaintiff must file appropriate dismissal documents or fax a status report to chambers at 702-454-5581 by August 30, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**