David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TERESO J. PACHECO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| TERESO J. PACHECO, <br><br> Plaintiff, <br><br> v. <br><br> KEY BANK, N.A.; BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | ) Case No. 2:18-cv-00562-RFB-CWH <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION AND ORDER** <br> ) **DISMISSING ACTION WITH** <br> ) **PREJUDICE AS TO <u>EQUIFAX</u>** <br> ) <u>**ONLY**</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff TERESO J. PACHECO and Defendant EQUIFAX

INFORMATION SERVICES, LLC hereby stipulate and agree that the above-

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.

…

…

…

…

…

…

41 (a)(2) as to,and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

     Dated:          October 1, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| 8985 S. Eastern Avenue | 3883 Howard Hughes Parkway |
| Suite 350 | Suite 1100 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: _____October 2, 2018_____